# United States Bankruptcy Court

Eastern District of Louisiana

**12-12100**

Section A

## TRUSTEE'S NOTICE OF INTENTION TO PAY CLAIMS

Chapter 13

DERICK J RANKIN
3512 LAKE DES ALLEMANDS
HARVEY LA 70058

Notice is hereby given that the Trustee intends to pay the creditors who have filed claims as listed below. Any party in interest who objects to the payment of any of these claims must file an objection, with service upon the Trustee, the debtor, the debtor's attorney, and the claimant, pursuant to FRBP 3007. Absence of a timely objection will be construed as approval by the debtor of the claims as listed.

| | Name | Account Number | Type | Claim Amount |
|---|---|---|---|---|
| 0 | ELISABETH D HARRINGTON | NOT PROVIDED | ATTORNEY FEE | 2,400.00 |
| 1 | BANK OF AMERICA | 6278 | MTG ARRS | 27,205.58 |
| 2 | BANK OF AMERICA | 6278 | DIRECT PAY | 241,698.42 |
| 4 | INTERNAL REVENUE SERVICE | NOT PROVIDED | PRIORITY | 0.00 |
| 5 | LA DEPT OF REVENUE | 6484 | PRIORITY | 829.57 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES LLC | 8163 | UNSECURED | 664.97 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES LLC | 8929 | UNSECURED | 1,316.48 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES LLC | 4792 | UNSECURED | 3,681.20 |
| 10 | GE CAPITAL RETAIL BANK | 7599 | UNSECURED | 2,302.00 |
| 11 | AMERICAN INFOSOURCE LP | 3911 | UNSECURED | 2,095.32 |
| 12 | AMERICAN INFOSOURCE LP | 0692 | UNSECURED | 2,267.29 |
| 14 | WELLS FARGO/ROOMS TO GO | 0582 | SECURED | 751.42 |
| 17 | WELLS FARGO BANK | 8110 | UNSECURED | 5,568.85 |
| 18 | AAFES/MIL STAR/EXCHANGE | 7242 | SECURED | 399.00 |
| 19 | AAFES/MIL STAR/EXCHANGE | 7242 | UNSECURED | 4,436.20 |
| 20 | USAA FEDERAL SAVINGS BANK | 1482 | UNSECURED | 561.48 |
| 21 | INTERNAL REVENUE SERVICE | 6484 | UNSECURED | 961.17 |
| 22 | LA DEPT OF REVENUE | 6484 | UNSECURED | 4,139.50 |

Attorney for Debtor:

ELISABETH D HARRINGTON
swamplaw@bellsouth.net

/s/ S.J. Beaulieu,Jr.
S.J. Beaulieu, Jr., Chapter 13 Trustee

### CERTIFICATE OF SERVICE

I certify that this notice was served by the court's electronic filing system upon the debtor's attorney, and by first class mail upon the debtor, at the addresses listed herein.

03/06/2013          by: _____