**Fill in this Information to identify the case:**

Debtor 1    Derick J. Rankin
             First Name      Middle Name      Last Name

Debtor 2    _____
(Spouse, if filing) First Name      Middle Name      Last Name

United States Bankruptcy Court for the Eastern District of Louisiana

Case number: 12-12100

**FILED OCT 07 2020**
**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: | $5,287.34 |
| Claimant's Name: | Marquette Porter, Owner of Spring Solutions, LLC Assignee to Derick J. Rankin. |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | Marquette Porter<br>Owner of Spring Solutions, LLC<br>P.O. Box 334<br>Glen Burnie, MD 21060<br>springsolutionsllc@gmail.com<br>410.760.5841 |
| Reason Funds Were Not Received by Claimant | The debtor moved and was unaware of the unclaimed funds. |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐    Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☑    Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐    Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐    Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☑    Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation, including separate affidavit, with this application.

**4. Notice to United States Attorney**

[✓] Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Eastern District of Louisiana
650 Poydras Street, Suite 1600
New Orleans, LA 70130

---

**5. Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 10/6/2020

Signature of Applicant: *Marquett Portr*

Printed Name of Applicant: Marquette Porter

Marquette Porter, Owner
Spring Solutions, LLC
P.O. Box 334
Glen Burnie, MD 21060

Telephone: 443.839.4551

Email: springsolutionsllc@gmail.com

**5. Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

Signature of Co-Applicant (if applicable): _____

Printed Name of Co-Applicant (if applicable): _____

Address: _____

Telephone: _____

Email: _____

---

**6. Notarization**
STATE OF MARYLAND

COUNTY OF ANNE ARUNDEL

This Application for Unclaimed Funds, dated 10/6/2020 was subscribed and sworn to before me this 6TH day of OCTOBER, 2020 by SAMUEL C. ALLOTEY who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public _____

My commission expires: MA___

**6. Notarization**
STATE OF _____

COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ day of _____, 20_____ by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public _____

My commission expires: _____

[Notary seal: SAMUEL C. ALLOTEY, NOTARY PUBLIC, ANNE ARUNDEL COUNTY, MD, COMMISSION EXPIRES MAY 28, 2021]



UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

In Re: DERICK J. RANKIN      *      Case No. 12-12100
                *
    Debtor         *      Chapter 13

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on this ___6th___ day of __October__, 2020, a copy of the foregoing Application of Payment of Unclaimed Funds and all attachments was served by first class mail, postage, prepaid, by hand delivery, and/or electronic case filing system to:

U.S. Attorney
650 Poydras Street
Suite 1600
New Orleans, LA 70130

Date: 10/6th/2020              ___Marquette Porter___
                         Marquette Porter
                         Owner of Spring Solutions, LLC
                         P.O. Box 334
                         Glen Burnie, MD 21060
                         (410) 760-5841
                         springsolutionsllc@gmail.com