UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF | BANKRUPTCY NO. |
| **DERICK RANKIN** | **12-12100** |
| | SECTION "A" |
| DEBTOR(S) | CHAPTER 13 |

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

The Court has considered the Application for Payment of Unclaimed Funds (P-64) filed by **Marquette Porter, Owner of Spring Solutions, LLC assignee to Derick J. Rankin at P. O. Box 334 Glen Burnie, MD 21060**, requesting payment of unclaimed funds in the amount of **$5,287.34**.

Proper notice of the Application was given to the United States Attorney for the Eastern District of Louisiana and the Application and the documents attached establish that the claimant is entitled to the unclaimed funds. Accordingly,

**IT IS ORDERED** that the Application for Payment of Unclaimed Funds is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court issue a check payable to **Marquette Porter, Owner of Spring Solutions, LLC,** in the amount of **$5,287.34** and mail the check to the above address.

**IT IS FURTHER ORDERED** that the fourteen (14) day appeal period is waived.

New Orleans, Louisiana, *Nov. 12*, 2020.

MEREDITH S. GRABILL
U.S. BANKRUPTCY JUDGE